(October 10, 1940.)

DORA HYMAN, Appellant, and CHARLES HYMAN, Plaintiff, v. NATIONAL TRANSPORTATION CO., INC., MORRIS RODIZKY, Respondents, LOUIS FEINBERG and

HYMAN FEINBERG, Defendants.— Action for personal injuries suffered by appellant as a consequence of the collision of the taxicab, in which she was a passenger, with another automobile. Order reversed on the facts, without costs, the motion granted, without costs, and the case set for trial during the October, 1940, term of the court on a day to be fixed by the justice presiding in the calendar part thereof. In view of the age of the plaintiff (seventy-six years) and her physical condition, it was an improvident exercise of discretion to deny a preference. Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.